UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Renee McDonald     Civil Action No. 05-2228

versus     Judge Tucker L. Melançon

Academy, LTD., d/b/a Academy     Magistrate Judge C. Michael Hill
Sporting Goods, Store No. 54.

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hil for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and thereby adopts the conclusions set forth therein. Accordingly,

IT IS ORDERED that the citation and service directed to Academy, LTD. via CT Corporate Systems is QUASHED.

IT IS FURTHER ORDERED that the Motion to Dismiss for insufficiency of citation and service of process [rec. doc. 9] is DENIED at this time WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that plaintiff is granted leave to amend her complaint to name the proper Academy entity, Academy Louisiana Company, d/b/a Academy Sports and Outdoors, and is granted thirty (30) days thereafter within which to properly cite and serve this correct Academy entity with process.

Thus done and signed this 1st day of March, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE